JONES et al. v. UNITED STATES. (Circuit Court of Appeals, Ninth Circuit. October 11, 1918.) No. 3149. In Error to the District Court of the United States for the District of Montana. Carl M. Thompson, of Roundup, Mont., and Collins, Campbell & Wood, of Forsyth, Mont., for plaintiffs in error. Burton K. Wheeler, U. S. Atty., and James H. Baldwin, Asst. U. S.

Atty., both of Butte, Mont., and Homer G. Murphy, Asst. U. S. Atty., of Helena, Mont.

PER CURIAM. Dismissal of writ of error for noncompliance by plaintiffs in error with rules 23 and 24 of rules of practice of this court (231 Fed. v, vi, 144 C. C. A. v, vi) with leave to plaintiffs in error to ask for reinstatement of cause, if they can show merit in the matter.